UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

24-567

## PETITION

I, Ryan W. O'Donnell, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: Volpe Koenig

30 S. 17th Street, 18th Floor

Philadelphia, PA 19103

Office Telephone: 215-255-9109

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Pennsylvania: 11/18/2002; Supreme Court of New Jersey: 11/20/2002

USDC EDPA: 01/09/2023; USDC DNJ: 07/01/2004; USDC DNeb: 12/02/2008

USCA Federal Circuit: 02/20/2004; USCA Ninth Circuit: 01/13/2011

My attorney Identification number is: PA - 89775

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  s/Julia K. Munley   Date: 5/16/24