IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GOLDEN TECHNOLOGIES INC.

    Plaintiff,

v.

PRIDE MOBILITY PRODUCTS

    Defendant.

Case No.: 3:24-cv-00567-JKM

FILED
SCRANTON
MAY 17 2024
Per_____
DEPUTY CLERK

**ORDER**

AND NOW, this 17 day of May, 2024, upon consideration of the Agreed Motion to Extend Time for Plaintiff Golden Technologies Inc. to Respond to Defendant's Counterclaims, IT IS HEREBY ORDERED that the Motion is GRANTED, and Plaintiff Golden Technologies Inc. shall answer, move, or otherwise respond to Defendant's Counterclaims on or before May 23, 2024.

BY THE COURT:

Julia K. Munley
United States District Judge