IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLDEN TECHNOLIGIES, INC, | : 3:24CV567 |
| | : |
| | : (Judge Munley) |
| **Plaintiff** | : |
| | : |
| v | : |
| PRIDE MOBILITY PRODUCTS CORPORATION, | : |
| | : |
| **Defendant** | : |

## RESCHEDULING ORDER

The *telephonic case management conference* previously scheduled for 5/22/24 will now be held on **Thursday, June 13, 2024 at 10:00AM.**

<u>Parties shall confer concerning the issues raised on 5/22/24 and file a joint status report by Thursday, June 6, 2024.</u>

**Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys), as well as this court's Standing Order #1 concerning conferences, is required. Copies of the Local Rules are available on the Court's website at www.pamd.uscourts.gov. Failure to comply with the Local Rules may result in the imposition of sanctions.**

Dated: 5/22/24

*s/Julia K. Munley*
JUDGE JULIA K. MUNLEY
United States District Court