IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLDEN TECHNOLOGIES INC., | : | No. 3:24cv567 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| PRIDE MOBILITY PRODUCTS, | : | FILED |
| Defendant | : | SCRANTON |

JUN 10 2024

Per _____
DEPUTY CLERK

### ORDER OF DISMISSAL

Upon consideration of the parties' Joint Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)ii, it is hereby **ORDERED** that this action, including all claims and counterclaims, is dismissed in its entirety as follows:

Plaintiff's claim for infringement of U.S. Patent No. 11,412,853 C1 ("853 Patent") is hereby **DISMISSED** with prejudice, and Defendant's counterclaims for declarations of non-infringement and invalidity are hereby **DISMISSED** without prejudice. Each party shall bear its own costs and fees relating to this action.

The Clerk of Court is directed to close this case.

Date: 6/10/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court